IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUBANBEK PAMIRBEK UULU | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  26-1971 |
| | : | |
| JAMAL L. JAMISON, BRIAN | : | |
| MCSHANE, TODD M. LYONS, MARK | : | |
| WAYNE MULLIN, PAMELA JO BONDI | : | |

## ORDER

**AND NOW**, this 26th day of March 2026, upon consideration of Subanbek Pamirbek

Uulu's petition for writ of *habeas corpus* (DI 1), it is **ORDERED** that:

1.    No later than **March 31, 2026**, the government shall file a response to the

petition (DI 1).  Petitioner shall file any reply to the government's response no later than **April

3, 2026**.

2.    Pending consideration of the petition, the government **SHALL NOT**

**TRANSFER** petitioner out of the Eastern District of Pennsylvania.  *See Kuprashvili v.

Flanagan*, 2025 WL 2382059, at *1 (S.D.N.Y. June 30, 2025) (collecting cases staying removal

to preserve the status quo).

_____
MURPHY, J.