## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUBANBEK PAMIRBEK UULU** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-1971** |
| | : | |
| **JAMAL L. JAMISON, BRIAN** | : | |
| **MCSHANE, TODD M. LYONS, MARK** | : | |
| **WAYNE MULLIN, PAMELA JO BONDI** | : | |

## ORDER

**AND NOW**, this 8th day of April 2026, upon considering the respondents' certification

of compliance (DI 5) of our April 6, 2026 order (DI 4), it is **ORDERED** the Clerk of Court shall

**close** this case.


**MURPHY, J.**